# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Bulk Hotels LLC ) | ASBCA No. 61064 |
| ) | |
| Under Contract No. W91151-16-P-0063 ) | |

APPEARANCE FOR THE APPELLANT:     Ms. Nisha Gautam
                                  President

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                    Army Chief Trial Attorney
                                  MAJ Bruce L. Mayeaux, JA
                                    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 16 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61064, Appeal of Bulk Hotels LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals